THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY HAWTHORNE, individually,<br><br>    Plaintiff,<br><br> v.<br><br>THE BOEING COMPANY, a Delaware Corporation, *et al.*<br><br>    Defendants. | No. 2:22-cv-00461-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE ANSWER OR OTHER RESPONSE OF DEFENDANT THE BOEING COMPANY**<br><br>NOTE ON MOTION CALENDAR:<br>May 2, 2022 (*same day*) |

  This matter comes before the Court on the parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Complaint. Dkt. No. 7.

  The Court, having thoroughly considered the parties' stipulation, the applicable law, and the record, GRANTS the stipulation and sets June 3, 2022 as Defendant The Boeing Company's deadline to answer or respond to Plaintiff's complaint.

                 **IT IS SO ORDERED.**

DATED this 3rd day of May 2022.

                 */s/ Marsha J. Pechman*
                 The Honorable Marsha J. Pechman
                 United States District Judge

Presented by:

s/ Michael E. Scoville
Michael E. Scoville, WSBA No. 44913
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
T: (206) 359 8000
F: (206) 359 9000
MScoville@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

s/ Darrell L. Cochran [with permission]
Darrell L. Cochran, WSBA No. 22851
Alexander G. Dietz, WSBA No. 54842
**Pfau Cochran Vertetis Amala PLLC**
909 A Street, Suite 700
Tacoma, Washington 98402
T: (253) 777 0799
F: (253) 627 0654
darrell@pcvalaw.com
adietz@pcvalaw.com

Hugh J. McGavick, WSBA No. 12047
**Law Offices of Hugh J. McGavick, PS**
855 Trosper Rd. SW #108-298
Tumwater, Washington 98512
T: (360) 867 0215
F: (360) 866 8013
hughmcgavick@me.com

*Attorneys for Plaintiff Holly Hawthorne*

ORDER GRANTING STIPULATED
EXTENSION
(No. 2:22-cv-00461-MJP) – 2