THE HONORABLE JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY HAWTHORNE, individually,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation; UNIVERSAL PROTECTION SERVICE LP, a California Corporation, d/b/a ALLIED UNIVERSAL SECURITY SERVICE; and DOES 1–50, inclusive,<br><br>Defendant. | NO. 2:22-cv-00461-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>May 3, 2022 |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Complaint.

The Court, having thoroughly considered the parties' stipulation, the applicable law, and the record, GRANTS the stipulation and sets June 3, 2022, as Defendant Universal Protection Service LP's deadline to answer or respond to Plaintiff's complaint.

IT IS SO ORDERED.

DATED this 3rd day of May, 2022.

*[signature]*

The Honorable Marsha J. Pechman
United States District Judge

---

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (2:22-cv-00461-MJP) – 1

11271555v.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
1700 7TH AVENUE, SUITE 2100
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

Presented by:

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | PFAU COCHRAN VERTETIS AMALA PLLC |

By: /s/Ramona N. Hunter
Ramona N. Hunter, WSBA #31482
Hailey K. Delay, WSBA #54887
1700 7th Avenue, Suite 2100
Seattle, WA 98101
(206) 709-5866 (direct)
(206) 709-5900 (main)
(206) 709-5901 (fax)
ramona.hunter@wilsonelser.com
hailey.delay@wilsonelser.com

*Attorneys for Defendant Universal Protection Service LP*

PERKINS COIE LLP

By: /s/Michael E. Scoville, (per email authorization 05/02/2022)
Michael E. Scoville, WSBA # 44913
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
T: (206) 359 8000
F: (206) 359 9000
MScoville@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

By: /s/Darrell L. Cochran (per email authorization 05/03/2022)
Darrell L. Cochran, WSBA #22851
Alexander G. Dietz, WSBA #54842
Pfau Cochran Vertetis Amala PLLC
909 A Street, Suite 700
Tacoma, Washington 98402
T: (253) 777 0799 F: (253) 627 0654
darrell@pcvalaw.com adietz@pcvalaw.com

LAW OFFICES OF HUGH J. MCGAVICK, PS
Hugh J. McGavick, WSBA #12047
855 Trosper Rd. SW #108-298
Tumwater, Washington 98512
T: (360) 867 0215
F: (360) 866 8013
hughmcgavick@me.com

*Attorneys for Plaintiff Holly Hawthorne*

---

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (2:22-cv-00461-MJP) – 2

11271555v.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
1700 7TH AVENUE, SUITE 2100
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)